IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

QAUMANIQ SUUQIINA,                    )
                                      )
v.                                    )        3:08-0504
                                      )
MICHAEL J. ASTRUE, Commissioner of    )
Social Security Administration.       )

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends that the Plaintiff's Motion for Judgment on the Administrative Record be DENIED and the decision of the Administrative Law Judge be affirmed. No objections have been filed.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff, Document #11, is hereby **DENIED**, the Motion for Judgment on the Record by Social Security Administration, Document #13, is **GRANTED**, and the decision of the Commissioner is **AFFIRMED and this case is dismissed.**

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge